**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

**e-mail: Batista007@aol.com** **Facsimile: (212) 344-7677**

August 11, 2026

VIA ECF [LimanNYCDchambers.nysd@uscourts.gov]
Hon. Lewis J. Liman
United States District Judge for the
Southern District of New York
500 Pearl Street
Room 620
New York, New York

**Re: M C Packaging Corporation, *et al.* v.**
**Kenneth P. Silverman, *et al.*, 1:26-cv-04300 (LJL)**

Dear Judge Liman:

I have been a Member of the Bar of this Court since March 1975. I represent plaintiffs M C Packaging Corporation, Marc Silverberg, Marc-Robert Industrial LLC, Silver Industries LLC and MCP Global Capital Management LLC.

Your Honor has scheduled an initial conference in this action for August 20, 2026 at 10 A.M.

I write this letter-motion for the purpose of requesting pursuant to Your Honor's Individual Rules I(C) an adjournment of the initial pre-trial conference currently scheduled for August 20, 2026 in this action for a period of at least two weeks for the reasons set forth below. I have just learned that the surgeon I have selected for serious lower back spinal surgery is available on that date. The surgery is expected to take five hours with a recovery period of two weeks.

No previous application for this relief has been made and as a result no previous rulings have been made. I have recently written to Alexandra Sandler of Gordon Rees Scully, attorneys for defendants Kenneth Silverman, Rimôn P.C., Anthony Acampora, and Silverman Acampora LLP, attorneys for these defendants, to request consent to this request, but I have not yet had a response

from defense counsel. Finally, no other date has been scheduled for court appearances in this recently filed matter.

For the foregoing reasons, I respectfully request that Your Honor grant this application.

Sincerely,

Paul Batista

cc: Alexandra Sandler, Esq. [asandler@grsm.com]
[Counsel to appearing defendants]

All Counsel of Record