JOSEPH SALVO
JSALVO@GRSM.COM

ALEXANDRA SANDLER
ASANDLER@GRSM.COM

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM
(212) 269-5500

September 7, 2026

REQUEST GRANTED.
The initial pretrial conference previously set for September 8, 2026 is rescheduled to October 29, 2026 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.

9/8/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA EFILING**
Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *MC Packaging et al. v. Kenneth P. Silverman, et al.*
Case No. 1:26-cv-04300
Letter to Adjourn Conference

Dear Honorable Liman:

This office represents Kenneth P. Silverman, Anthony Acampora, Silverman Acampora LLP, and Rimon P.C. ("Defendants") in the above referenced matter. Plaintiffs and Defendants respectfully request an adjournment of the initial pretrial conference scheduled for September 8, 2026, at 11:00 a.m. This is the second request for an adjournment of the initial pretrial conference. The first request was granted by the Court.

As explained in Plaintiffs' counsel's letter motion filed at ECF No. 12, Plaintiffs' counsel recently underwent surgery. On September 5, 2026, Plaintiffs' counsel emailed the undersigned explaining that he is unable to participate in the September 8th conference because he is still recovering from surgery. Plaintiffs' counsel requested Defendants' counsel's consent to adjourn the conference for at least four weeks while he is recovering from surgery. The undersigned consents to Plaintiffs' request for an adjournment.

In addition, Defendants' deadline to respond to the Complaint is September 28, 2026. Defendants agreed to waive service of the Complaint and executed a waiver of service form on July 30, 2026, which extended Defendants' deadline to respond to the Complaint for sixty days. The parties therefore request that the Court reschedule the initial pretrial conference for a date after Defendants have had an opportunity to respond to the Complaint, preferably in late October or early November, at the Court's convenience.

We thank the Court for its consideration of this request.

Yours truly,

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Alexandra Sandler*

By: Alexandra Sandler, Esq.
Joseph Salvo, Esq.
Attorneys for Defendants
One Battery Park, 28th Floor
New York, New York 10004
asandler@grsm.com